UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 23-CR-0001 (BAH) |
| **PAUL MODRELL** | : | |

### CONSENT MOTION TO CONTINUE PLEA HEARING

Mr. Paul Modrell, through undersigned Counsel, respectfully requests that this Court continue the change of plea hearing set for May 19, 2023 for approximately two weeks. The Government consents to this request. Counsel states the following in support of this motion:

1) On January 3, 2023, Mr. Modrell was charged by Information with the following four misdemeanor counts: 1) 18 U.S.C. § 1752(a)(I)- Entering and Remaining in a Restricted Building or Grounds; 2) 18 U .S.C. § I 752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 3) 40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building; and 4) 40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

2) The Government has offered a plea in this case to one count of 40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building, which Mr. Modrell is inclined to accept.

3) However, Counsel and the Government are still in the process of locating video footage that would inform one aspect of the proposed Statement of Offense in this case.

4) It is Counsel's understanding from Government Counsel that any proposed changes to the Statement of Offense require supervisory review within the U.S. Attorney's Office, which can take multiple days.

5) As such, Counsel and the Government respectfully request a continuance of approximately two weeks in order to locate and review additional footage and finalize the Statement of Offense in this case.

6) Both Counsel and the Government are available on Friday, June 2, 2023 to the extent that date is amenable to the Court. If June 2, 2023 is not available for the Court, Counsel would respectfully request any date after June 22, 2023.

7) Mr. Modrell agrees to exclude time under the Speedy Trial Act between May 19, 2023 and the date of the next scheduled status hearing date in light of the ongoing discussions about a potential resolution in this case and on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

WHEREFORE, in light of the foregoing, Defense Counsel asks this Court to VACATE the currently-scheduled plea hearing set for May 19, 2023, and to re-set the hearing for either June 2, 2023 or any date after June 22, 2023 amenable to the Government and the Court.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
KATHRYN D'ADAMO GUEVARA
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500 ext. 111
Katie_Guevara@fd.org