**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**              **:**


**v.**                              **:**         **23-CR-0001 (BAH)**


**PAUL MODRELL**                         **:**

**PROPOSED ORDER**

Upon consideration of the Defendant's Consent Motion to Continue Status Hearing and Exclude Time Under the Speedy Trial Act, it is hereby ORDERED on this _____ that the Motion is GRANTED;

It is further ORDERED that the next change of plea hearing will take place on _____;

And it is further ORDERED that, in the interests of justice, the time between May 19, 2023 and _____ shall be excluded under the Speedy Trial Act.


_____
HONORABLE JUDGE HOWELL
U.S. DISTRICT COURT