IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-CR-0001 (BAH) |
| v. | : | |
| **PAUL MODRELL,** | : | |
| Defendant. | : | |

**REPORT OF VIDEO EVIDENCE IN SUPPORT OF STATEMENT OF OFFENSE**

1. Pursuant to the Court's Minute Order from May 30, 2023, the Government submits the below report of video evidence in support of the Statement of Offense. The below video is derived from United States Capitol Police ("USCP") closed circuit television ("CCTV") and has been provided to the Court and Counsel for the defendant in USAFX.

| File Name | Duration |
|---|---|
| 1_0102USCS01SenateWingDoornearS139_2021-01-06_14h20min18s087ms.mp4 | 21 seconds |
| 2-7206 USCS 01 Crypt Lobby East 2021-01-06 14_19_01-.mp4 | 2 minutes 15 seconds |
| 3-7206 USCS 01 Crypt Lobby East 2021-01-06 14_31_20-.mp4 | 1 minute 10 seconds |
| 4-0178 USCH 01 Crypt East 2021-01-06 14_20_01-.mp4 | 46 seconds |
| 5_0171_USCH_01_Memorial_Door_-_2021-01-06_19h31min24s.mp4 | 53 seconds |
| 6-0959 USC 02 Rotunda South 2021-01-06 | 1 minute 4 seconds |

| | |
|---|---|
| 14_34_32-.mp4 | |
| 7-0686 USCH 02 Rotunda Door Interior 2021-01-06 14_37_05-.mp4 | 1 minute |
| 8-7218 USCH 03 Gallery Stairs 2021-01-06 14_40_01-.mp4 | 31 seconds |
| 9-0310 USCS 03 Senate Gallery East near S312 2021-01-06 14_40_01-.mp4 | 1 minute 9 seconds |
| 10-0300 USCS 03 East Corridor near S306 2021-01-06 14_40_02-.mp4 | 39 seconds |
| 11-0962 USCS 03 S309 2021-01-06 14_40_01-.mp4 | 2 minutes 50 seconds |
| 12-0113 USCS 01 Senate Carriage Door 2021-01-06 14_40_02-.mp4 | 15 seconds |
| 13-0117 USCS 01 Senate Carriage Door Exterior 2021-01-06 14_40_01-.mp4 | 26 seconds |

2.  The Government opposes the above videos being made public at this time.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

*/s/ Kyle R. Mirabelli*
Kyle R. Mirabelli
Assistant U.S. Attorney
N.Y. Bar No. 566316