**FILED**
JUN 2 - 2023
Clerk, U.S. District and Bankruptcy Courts

Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  )
  )
vs.  )  Criminal Case No.: 23CR01 (BAH)
  )
PAUL MODRELL  )
  )
  )

## WAIVER OF INDICTMENT

I, _____Paul Modrell_____, the above-named defendant, who is accused of

Count 1: Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, Section 1752(a)(1); Count 2: Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, Section 1752(a)(2); Count 3: Violent Entry and Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(D); Count 4: Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____June 2, 2023_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: __Beryl A. Howell__    Date: __June 2, 2023__
Beryl A. Howell
United States District Judge