CO 526 Rev. 5/2018

**FILED**

JUN 2 - 2023

Clerk, U.S. District and
Bankruptcy Courts

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23CR01 (BAH) |
| ) | |
| PAUL MODRELL ) | |
| ) | |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____   Date: June 2, 2023
Beryl A. Howell
United States District Judge