UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| v. | **:** | **23-CR-0001 (BAH)** |
| **PAUL MODRELL** | **:** | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Mr. Paul Modrell, through undersigned Counsel, respectfully requests that this Court continue the sentencing currently set for for approximately two weeks. The Government does not oppose this request. Counsel states the following in support of this motion:

1) On January 3, 2023, Mr. Modrell was charged by Information with the following four misdemeanor counts: 1) 18 U.S.C. § 1752(a)(I)- Entering and Remaining in a Restricted Building or Grounds; 2) 18 U .S.C. § I 752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 3) 40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building; and 4) 40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

2) On June 2, 2023, Mr. Modrell pled guilty to one count of 40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

3) Sentencing is currently set for September 8, 2023.

4) Counsel requires an extension of time to prepare and file her sentencing memorandum in order to effectively address arguments the Government has recently shared that they intend to raise in its sentencing memorandum, which bear on Mr. Modrell's culpability, acceptance of responsibility, and sentencing. A response to the arguments the Government intends to

raise requires review of considerable video footage and other evidence. Counsel also requests an extension of time due to current caseload demands.

5) As such, Counsel respectfully request a continuance of approximately two weeks in order to effectively prepare a sentencing submission in this case. The Government does not oppose this request. Both Counsel and the Government are available on or after September 25, 2023.

6) Mr. Modrell agrees to exclude time under the Speedy Trial Act between today's date and the date of the next scheduled sentencing hearing date to the extent this is relevant, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

WHEREFORE, in light of the foregoing, Defense Counsel asks this Court to VACATE the currently-scheduled sentencing hearing set for September 8, 2023, and to re-set the hearing on a date on or after September 25, 2023.

                                              Respectfully submitted,

                                              A. J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                                  /s/
                                              _____
                                              KATHRYN D'ADAMO GUEVARA
                                              Assistant Federal Public Defender
                                              625 Indiana Avenue, N.W.
                                              Suite 550
                                              Washington, D.C.  20004
                                              (202) 208-7500 ext. 111
                                              Katie_Guevara@fd.org