# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-CR-0001 (BAH) |
| v. | : | |
| PAUL MODRELL, | : | |
| Defendant. | : | |

## NOTICE OF FILING OF VIDEO
## PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of sentencing in the above-captioned matter. As video clips, they are not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below:

Exhibit #1: "TheResistance.Video," open-source video on West Front

Exhibit #2: CCTV from the Crypt Lobby

Exhibit #3: Cell phone footage from Crypt Lobby

          Respectfully submitted,
          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:   */s/ Kyle R. Mirabelli*
       Assistant United States Attorney
       Capitol Siege Section
       N.Y. Bar No. 5663166
       601 D St. NW
       Washington, D.C. 20001
       Office: 202-252-7884