# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-CR-0001 (BAH) |
| v. | : | |
| **PAUL MODRELL,** | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

1. The United States of America hereby moves this Court for a brief continuance of the sentencing hearing presently set for September 22, 2023. On June 2, 2023, the Court scheduled the sentencing hearing in this matter for September 8, 2023. On August 25, 2023, Counsel for the defendant requested a continuance of that date until on or after September 25, 2023. ECF No. 31. The Government did not oppose Counsel for the defendant's requested continuance to a date on or after September 25, 2023. Government Counsel is unavailable from September 11, 2023 through September 22, 2023.

3. Government Counsel is scheduled to begin a several week trial on October 23, 2023. Therefore, the Government moves for the sentencing hearing in this matter to be continued to a date at the Court's earliest convenience between September 25, 2023 and October 20, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

*/s/ Kyle R. Mirabelli*
Kyle R. Mirabelli
Assistant U.S. Attorney
N.Y. Bar No. 5663166