UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**PAUL MODRELL,**

        **Defendant.**

Crim. Action No. 23-CR-00001 (BAH)

**UNOPPOSED MOTION FOR LEAVE TO LATE FILE
HIS MEMORANDUM IN AID OF SENTENCING**

Undersigned counsel on behalf of Paul Modrell moves unopposed to for Leave to Late File his Memorandum in Aid of Sentencing. In support of his motion to Late File, undersigned counsel states:

1. Mr. Modrell will be before the Court for sentencing on October 20, 2023 after having accepted responsibility for one count of Parading, Demonstrating, or Picketing in a Capitol Building on January 6, 2021, in violation of 18 U.S.C.§ 40 U.S.C. 5104(e)(2)(G).

2. Counsel has had a number of pressing case demands and unfortunately was unable to file this memorandum by the required deadline of 10 business days in advance of sentencing.

3. Counsel respectfully requests this Court's permission to file this memorandum late, or seven days prior to sentencing.

4. The Government does not oppose this Motion.

Wherefore, undersigned counsel respectfully requests that the Court grant this Motion for

Leave to Late File Mr. Modrell's Memorandum in Aid of Sentencing.

                                                        Respectfully submitted,
                                                        A.J. KRAMER
                                                        FEDERAL PUBLIC DEFENDER


                                                        _____/s/_____
                                                        Kathryn D'Adamo Guevara
                                                        Assistant Federal Public Defenders
                                                        625 Indiana Avenue, N.W.
                                                        Washington, D.C. 20004
                                                        (202) 208-7500