UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL MODRELL,**<br><br>　　　　**Defendant.** | **Crim. Action No. 23-CR-00001 (BAH)** |

### MOTION FOR LEAVE TO FILE REDACTED VERSION OF MEMORANDUM IN AID OF SENTENCING

Undersigned counsel on behalf of Paul Modrell moves to replace the Memorandum in Aid of Sentencing previously filed on the public docket on October 13, 2023 with the attached redacted version of the Memorandum. In support of his Motion, undersigned counsel states:

1. Mr. Modrell will be before the Court for sentencing tomorrow, October 20, 2023 after having accepted responsibility for one count of misdemeanor Parading, Demonstrating, or Picketing in a Capitol Building on January 6, 2021, in violation of 18 U.S.C.§ 40 U.S.C. 5104(e)(2)(G).

2. Particularly given the public nature and interest in January 6 cases, Counsel respectfully requests to replace the previously filed Memorandum in Aid of Sentencing with the enclosed redacted version of the Memorandum in Aid of Sentencing on the public docket.

3. Specifically, Counsel requests to redact portions of the Memorandum which refer to Mr. Modrell and his family's private health circumstances.

Wherefore, undersigned counsel respectfully requests that the Court grant this Motion for

Leave to Redact Portions of Mr. Modrell's Memorandum in Aid of Sentencing.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        Kathryn D'Adamo Guevara
        Assistant Federal Public Defenders
        625 Indiana Avenue, N.W.
        Washington, D.C. 20004
        (202) 208-7500